```
BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
LEO R. MONTENEGRO
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-Mail: Leo.R.Montenegro@ssa.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SAEED KHAN,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:11-cv-02957-KJN<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S ANSWER AND ~~PROPOSED~~ ORDER |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that the defendant Commissioner of Social Security shall have a FIRST extension of time of 45 days to file the answer to Plaintiff's complaint. The undersigned counsel for Defendant has not received the administrative record in this case and also expects that this case will be transferred to another attorney in his office. The original due date was February 20, 2012. The new due date will be April 5, 2012.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip & ~~Proposed~~ Order Re Ext of Time, 2:11-cv-02957   1

| | |
|---|---|
| DATE: 2/28/12 | */s/ Richard A. Shore*<br>RICHARD A. SHORE<br>Attorney at Law |
| | Attorney for Plaintiff |
| DATE: 2/28/12 | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA CALVERT<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| By: | */s/ Leo R. Montenegro*<br>LEO R. MONTENEGRO<br>Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

## ORDER

The parties' stipulation (Dkt. No. 9) is HEREBY APPROVED. Defendant shall have until April 5, 2012, to file an answer to the complaint and lodge the administrative record with the court. The court's scheduling order is modified accordingly.

IT IS SO ORDERED.

DATE: February 29, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE