BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| SAEED KHAN,<br>    Plaintiff,<br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | Case No. 2:11-cv-02957-KJN<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION OF 30 DAYS FOR DEFENDANT TO FILE ANSWER AND LODGE CERTIFIED ADMINISTRATIVE RECORD |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to file an answer and to lodge the certified administrative record. Defendant requires this additional time because the certified administrative record is numbered inaccurately, rendering citation to the current certified administrative record impossible. The undersigned counsel for Defendant has requested a revised, properly-numbered record, but has not received the record yet.

    The current due date is April 5, 2012; the new due date will be May 7, 2012. Counsel for Defendant sincerely apologizes to the Court and to Plaintiff for any inconvenience caused by this extension.

Stip. & ~~Prop~~. Order for Extension        1

Respectfully submitted April 5, 2012.

Dated: April 5, 2012

Respectfully submitted,

/s/ Richard A. Shore
(As authorized via email)
RICHARD A. SHORE
Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney

Date: April 5, 2012            By s/ Daniel P. Talbert
DANIEL P. TALBERT
Special Assistant U. S. Attorney

Attorneys for Defendant Michael J. Astrue

ORDER

The parties' stipulation (Dkt. No. 12) is HEREBY APPROVED. The court's scheduling order shall be modified accordingly.

IT IS SO ORDERED.

DATED: April 5, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stip. & ~~Prop~~. Order for Extension            2