```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DONNA L. CALVERT
    Acting Regional Chief Counsel, Region IX
 3  Social Security Administration
    DANIEL P. TALBERT
 4  Special Assistant United States Attorney
 5        333 Market Street, Suite 1500
          San Francisco, California 94105
 6        Telephone:  (415) 977-8926
          Facsimile:  (415) 744-0134
 7        E-Mail: Daniel.Talbert@ssa.gov
 8
 9  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SAEED KHAN,<br>          Plaintiff,<br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>          Defendant. | Case No. 2:11-cv-02957-KJN<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION OF 30 DAYS FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Plaintiff shall have a first extension of time of 30 days to file his motion for summary judgment. The certified administrative record is missing a hearing transcript, and counsel for Defendant needs additional time to locate the transcript and supplement the record if possible, or otherwise arrange the terms of a remand. The current due date for Plaintiff's motion is July 5, 2012; the new due date will be August 4, 2012.

Stip. & ~~Prop.~~ Order for Extension          1

Respectfully submitted June 27, 2012.

Dated: June 27, 2012

Respectfully submitted,

*/s/ Richard A. Shore*
(As authorized via email)
RICHARD A. SHORE
Attorney for Plaintiff


BENJAMIN B. WAGNER
United States Attorney

Date: June 26, 2012            By *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant U. S. Attorney

Attorneys for Defendant Michael J. Astrue

## ORDER

The parties' stipulation (Dkt. No. 16) is HEREBY APPROVED, and plaintiff shall file his motion for summary judgment or remand on or before August 4, 2012. The court's scheduling order shall be modified accordingly.

IT IS SO ORDERED.

DATED: June 28, 2012

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE