BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 977-8873
    E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SAEED KHAN, <br>     Plaintiff, <br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br>     Defendant. | Case No. 2:11-cv-02957-KJN <br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR A SECOND EXTENSION OF 30 DAYS FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Plaintiff shall have a second extension of time of 30 days to file his motion for summary judgment. The current due date for Plaintiff's motion is August 6, 2012; the new due date will be September 6, 2012. The extension is necessary because the certified administrative record remains incomplete.

    In the period since the parties last stipulated to an extension, counsel for the Defendant asked the Court Case Preparation and Review Branch (CCPRB), which is responsible for preparing certified administrative records for district court litigation, to obtain a missing transcript from a hearing dated October 5, 2010. The CCPRB notified counsel for Defendant that no such transcript was available, despite being mentioned in the Administrative Law Judge's (ALJ) decision. Counsel for Defendant has asked the CCPRB to check again for any other hearing

Stip. & ~~Prop~~. Order for Extension           1

transcripts at or around the same in case the ALJ had used an incorrect date. To date, the CCPRB has been unable to find an answer to this question, but continues to work with other agency components to resolve the issue. Should CCPRB locate the transcript, then Defendant will supplement the certified administrative record with the transcript. In the alternative, if the transcript is not available, the parties will need to negotiate a remand.

Counsel for Defendant sincerely apologizes to the Court and to Plaintiff for the inconvenience that this situation has caused.

Respectfully submitted August 6, 2012.

                                Respectfully submitted,

Dated: August 3, 2012            */s/ Richard A. Shore*
                                (As authorized via email)
                                RICHARD A. SHORE
                                Attorney for Plaintiff

                                BENJAMIN B. WAGNER
                                United States Attorney

Date: August 6, 2012             By *s/ Daniel P. Talbert*
                                DANIEL P. TALBERT
                                Special Assistant U. S. Attorney

                                Attorneys for Defendant Michael J. Astrue

## ORDER

The parties' stipulation (Dkt. No. 18) is HEREBY APPROVED, and plaintiff shall file his motion for summary judgment or remand on or before September 6, 2012. The court's scheduling order is modified accordingly.

IT IS SO ORDERED.

DATED: August 6, 2012

                                _____
                                KENDALL J. NEWMAN
                                UNITED STATES MAGISTRATE JUDGE