IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAEED KHAN,

      Plaintiff,                              No. 2:11-cv-2957 KJN

      v.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.                     <u>ORDER TO SHOW CAUSE</u>

/

        On August 7, 2012, the court granted plaintiff an extension of time to file his motion for summary judgment by September 6, 2012. (Dkt. No. 19.) The court's record shows that although that deadline has now passed, plaintiff has failed to file a motion for summary judgment or seek another extension of the deadline to file a motion for summary judgment.

        The court's November 8, 2011 scheduling order in this matter expressly states that failure to adhere to scheduling deadlines "may result in sanctions, including dismissal. L.R. 110. Plaintiff has an affirmative duty to prosecute this action, and failure to do so may result in a dismissal for lack of prosecution. Fed. R. Civ. P. 41(b). Requests to modify this order must be made by written motion." (Dkt. No. 5 at 3-4.)

        Accordingly, within fourteen (14) days of this order, plaintiff shall show cause in writing why this case should not be dismissed for lack of prosecution and failure to comply with

1

court orders.  Failure to timely file the required writing will result in dismissal.  See Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110; see also Hells Canyon Pres. Council v. U.S. Forest Serv., 403 F.3d 683, 689 (9th Cir. 2005) (recognizing that a court may dismiss an action pursuant to Federal Rule of Civil Procedure 41(b) *sua sponte* for a plaintiff's failure to prosecute or comply with the rules of civil procedure or the court's orders).

IT IS SO ORDERED.

DATED:  September 20, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE