1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  SAEED KHAN,

11          Plaintiff,                          No. 2:11-cv-2957 KJN

12      v.

13  COMMISSIONER OF SOCIAL
    SECURITY,
14

15          Defendant.                          ORDER

    _____/
16

17          On September 21, 2012, the court issued an order to show cause ("OSC") why

18  this case should not be dismissed for lack of prosecution and failure to comply with court orders;

19  in particular, for plaintiff's failure to file a motion for summary judgment by the operative

20  deadline of September 6, 2012.  (Dkt. Nos. 19, 21.)  Subsequently, on October 1, 2012, plaintiff

21  filed a response to the OSC acknowledging that he failed to file his motion for summary

22  judgment in a timely manner due to an inadvertent clerical error by plaintiff's attorney.  (Dkt. No.

23  22.)  Plaintiff filed his motion for summary judgment contemporaneously with his response to

24  the OSC.  (Dkt. No. 23.)  Plaintiff's counsel apologized for any inconvenience and also indicated

25  that he communicated with defendant's attorney regarding the matter, relating that defendant

26  does not object to the late filing of plaintiff's motion for summary judgment.

                                             1

1    Plaintiff is cautioned that future failure to abide by the court's orders may result in

2 the imposition of any appropriate sanctions, including dismissal of the action.  Nevertheless, in

3 light of the inadvertence of the error here and plaintiff's counsel's apparently sincere apology, the

4 court declines to impose sanctions at this time.

5    Accordingly, IT IS HEREBY ORDERED that the order to show cause issued

6 September 21, 2012 (dkt. no. 21) is DISCHARGED.

7 DATED:  October 16, 2012

8

9    _____

KENDALL J. NEWMAN

10    UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26