IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAEED KHAN,

     Plaintiff,                         No. 2:11-cv-2957 KJN

    v.

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.                     <u>ORDER</u>

/

        On September 21, 2012, the court issued an order to show cause ("OSC") why this case should not be dismissed for lack of prosecution and failure to comply with court orders; in particular, for plaintiff's failure to file a motion for summary judgment by the operative deadline of September 6, 2012. (Dkt. Nos. 19, 21.) Subsequently, on October 1, 2012, plaintiff filed a response to the OSC acknowledging that he failed to file his motion for summary judgment in a timely manner due to an inadvertent clerical error by plaintiff's attorney. (Dkt. No. 22.) Plaintiff filed his motion for summary judgment contemporaneously with his response to the OSC. (Dkt. No. 23.) Plaintiff's counsel apologized for any inconvenience and also indicated that he communicated with defendant's attorney regarding the matter, relating that defendant does not object to the late filing of plaintiff's motion for summary judgment.

1

1    Plaintiff is cautioned that future failure to abide by the court's orders may result in
2 the imposition of any appropriate sanctions, including dismissal of the action.  Nevertheless, in
3 light of the inadvertence of the error here and plaintiff's counsel's apparently sincere apology, the
4 court declines to impose sanctions at this time.
5    Accordingly, IT IS HEREBY ORDERED that the order to show cause issued
6 September 21, 2012 (dkt. no. 21) is DISCHARGED.
7 DATED:  October 16, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE