IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAEED KHAN,

      Plaintiff,                  No. 2:11-cv-2957 KJN

     v.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.              <u>ORDER</u>

        Plaintiff Saeed Khan commenced this action for judicial review of a final decision of the Commissioner of Security ("Commissioner") on November 4, 2011. (ECF No. 1.) Plaintiff paid the filing fee and was represented by counsel while the action was pending in district court.[1] On February 22, 2013, the court denied plaintiff's motion for summary judgment, granted the Commissioner's cross-motion for summary judgment, and entered judgment for the Commissioner. (ECF Nos. 26, 27.)

        Thereafter, on May 10, 2013, plaintiff, proceeding without counsel, filed a notice of appeal. (ECF No. 28.) Presently pending before the court is plaintiff's motion to proceed in

---

[1] This case was initially referred to the undersigned pursuant to E.D. Cal. L.R. 302(c)(15), and both parties then voluntarily consented to proceed before a United States Magistrate Judge. (ECF Nos. 6, 8.)

1

1  forma pauperis on appeal.  (ECF No. 31.)  Federal Rule of Appellate Procedure 24 provides that

2  "a party to a district-court action who desires to appeal in forma pauperis must file a motion in

3  the district court."  Fed. R. App. P. 24 (a)(1).  Plaintiff's affidavit in support of the motion to

4  proceed in forma pauperis shows that he is unable to pay or give security for fees and costs on

5  appeal; claims an entitlement to redress from an adverse decision; and liberally construed, states

6  that substantial evidence in the record as a whole does not support the Commissioner's decision

7  to deny benefits.  Fed. R. App. P. 24(a)(1)(A)-(C).  (ECF Nos. 30, 31.)

8            Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to proceed in

9  forma pauperis on appeal (ECF No. 31) is GRANTED.  The Clerk of Court shall serve a copy of

10  this order on the Ninth Circuit Court of Appeals.

11  DATED:  May 28, 2013

13  _____
    KENDALL J. NEWMAN
14  UNITED STATES MAGISTRATE JUDGE

2